**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(EASTERN DIVISION)**

| | | |
|---|---|---|
| **CAROL DAUGHERTY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **3:07-cv-00226-WKW-TFM** |
| | ) | |
| **RELIANCE STANDARD LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party to the above-captioned matter does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Reliance Standard Life Insurance Company is an indirect subsidiary of Delphi Financial Group, Inc., which is traded on the New York Stock Exchange as DFG.

Dated March 14, 2007.

896210.1

s/Christopher L. Yeilding
One of the Attorneys for Defendant,
Reliance Standard Life Insurance Company

**OF COUNSEL:**

Steven F. Casey
Christopher L. Yeilding
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

896210.1

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2007, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system which will send notification

of such filing to the following:

Angela J. Hill, Esquire
139 S. Broadnax Street
Dadeville, AL 36853

s/ Christopher L. Yeilding
Of Counsel

896210.1