IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
ALEXANDER CITY DIVISION

| | |
|---|---|
| CAROL DAUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. CV-07-25 |
| | ) |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:  Clerk
     Circuit Court of Tallapoosa County, Alabama
     P. O. Box 189
     Alexander City, Alabama  35011-0189

Notice is hereby given on this date that Defendant, Reliance Standard Life Insurance Company ("Reliance Standard"), timely filed, in the United States District Court for the Middle District of Alabama (Eastern Division), a Notice of Removal of the above-entitled action to the United States District Court for the Middle District of Alabama (Eastern Division), from the Circuit Court of Tallapoosa County, Alabama, Alexander City Division, pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1332, 29 U.S.C. § 1132(e), and 28 U.S.C. § 1441(a), (b), and (c). A copy of the Notice of Removal is appended hereto and served herewith as Exhibit "A."

Notice is further given that on this date, the above-named Defendant filed a copy of said Notice of Removal with the Clerk of the Circuit Court of Tallapoosa County, Alexander City Division.

_____
One of the Attorneys for Defendant,
Reliance Standard Life Insurance Company

895607.1

cc: Fed. Ct, 3-14-07

**OF COUNSEL:**

Steven F. Casey
Christopher L. Yeilding
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by U.S. Mail, properly addressed and postage prepaid, on this the 12th day of March, 2007:

Angela J. Hill, Esquire
139 S. Broadnax Street
Dadeville, AL 36853

_____
Of Counsel

895607.1