IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAROL DAUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-226-WKW |
| | ) |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Defendant Reliance Standard Life Insurance Company's Motion to Dismiss Plaintiff's Complaint (Doc. # 5), it is ORDERED that:

1. Plaintiff shall file a RESPONSE **on or before April 17, 2007.**

2. The defendant Reliance Standard Life Insurance Company may REPLY **on or before May 1, 2007.**

3. The motion shall be under submission on **May 1, 2007**. The court will determine the motion without oral argument upon submission.

4. Briefs in support of or in opposition to any motion generally **should not exceed 25 pages.** In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to authority made in each section, and the pages on which each section and any sub-sections may be found.

5. The parties are required to submit or mail a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.

6. For those submissions (including briefs and evidentiary materials) that exceed 25 pages, the paper courtesy copy shall be **bound in a three-ring binder and tabbed.**

7. Any discussion of evidence in a brief must include the specific reference, by name or document number and by page and line, to where the evidence can be found in the supporting evidentiary submission or in any document filed with the court.

8. Failure to comply strictly with this Order may result in the striking of the filing or other appropriate sanctions.

DONE this 27th day of March, 2007.

                                    /s/ W. Keith Watkins  
                                    UNITED STATES DISTRICT JUDGE