IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(EASTERN DIVISION)

RECEIVED
2007 APR 17 A 9: 42

...RA P. HACKETT, C...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CAROL DAUGHERTY, | ) |
| Plaintiff, | ) |
| V. | ) |
| | ) CIVIL ACTION NO: |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | ) 3:07-CV-00226-WKW-TFM |
| Defendant. | ) |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION OF RELIANCE STANDARD LIFE INSURANCE COMPANY TO DISMISS PLAINTIFF'S COMPLAINT OR IN THE ALTERNATIVE; PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW, Carol Daugherty, by and through her undersigned counsel, and files this Response in opposition to the Motion of Reliance Standard Life Insurance Company to Dismiss Plaintiff's Complaint. In support thereof, Plaintiff avers as follows:

1. This lawsuit involves a claim for benefits under a long term disability policy that was issued by Reliance Standard.
2. The Plaintiff was not aware that this action was governed by ERISA.
3. The Plaintiff did not receive annual copies of the Form 550 which is attached to Defendant's Motion. However; upon review of said Form, Plaintiff would agree with the Defendant that the state action in this case is pre-empted by ERISA.

WHEREFORE, the above premises considered, the Plaintiff respectfully requests that pursuant to Rule 15 of the Federal Rules of Civil Procedure this Honorable Court grant leave for Plaintiff to amend said Complaint.

Respectfully submitted this _16th_ day of _April_, 2007.

Angela Hill (HIL052)
139 South Broadnax St.
Dadeville, AL 36853
256-825-8251 Phone
256-825-8201 Fax

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the foregoing upon Hon. Christopher L. Yeilding, attorney for the Defendant, by mailing it to him at Post Office Box 306, Birmingham, Alabama, 35201-0306 in the United States Mail, postage prepaid, on this the _16th_ day of April, 2007.

_____
OF COUNSEL