IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CAROL DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cv-226-WKW |
| | ) | (WO) |
| RELIANCE STANDARD LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It is ORDERED that the defendant shall RESPOND to the plaintiff's Motion for Leave to Amend Complaint (Doc. # 8) as part of its Reply to the plaintiff's Response to the defendant's Motion to Dismiss.

DONE the 27th day of April, 2007.

                                        /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE