IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CAROL DAUGHERTY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:07-cv-226-WKW |
| | ) | (WO) |
| RELIANCE STANDARD LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On April 17, 2007, the plaintiff filed a Motion for Leave to Amend Complaint (Doc. # 8) in this case. The defendant does not object to the motion. (Doc. # 17.) It is ORDERED that the motion is GRANTED. The plaintiff shall now file electronically, by May 7, 2007, an amended complaint in accordance with the *Middle District of Alabama's Civil Administrative Procedures*.

DONE this 30th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE