IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAROL DAUGHERTY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:07-cv-226-WKW |
| | ) |
| RELIANCE STANDARD LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the Motion of Reliance Standard Life Insurance Company to Dismiss Plaintiff's Complaint (Doc. # 5), it is ORDERED that the motion is DENIED as MOOT.

DONE this 25th day of May, 2007.

                                                /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE