IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(EASTERN DIVISION)

| | |
|---|---|
| CAROL DAUGHERTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:07-cv-00226-WKW-TFM |
| ) | |
| RELIANCE STANDARD LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, the following counsel for the parties conferred and agreed to the schedule provided herein:

Angela J. Hill for Plaintiff; and

Christopher L. Yeilding for Defendant.

2. **Pre-discovery Disclosures**.

The parties will exchange the information required by Rule 26(a)(1) by Monday, July 30, 2007.

3. **Discovery Plan**. Defendant objects to discovery in this case, which is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §

918347.1

1001, *et seq.,* as Defendant contends that the Court's review is limited to the administrative record. Plaintiff requests discovery in this matter. The parties have agreed to try to work out their differences as to the scope of any discovery amongst themselves and will only involve the Court if necessary.

In the event that discovery is permitted, the parties jointly propose to the Court the following discovery plan:

Without waiver of objections, in the event Defendant's objection is overruled and discovery is allowed, discovery would be needed on the following subjects: Plaintiff's claims and all other allegations in Plaintiff's complaint and matters incidental thereto; Defendant's defenses and matters incidental thereto; Plaintiff's damages, defenses thereto, and mitigation thereof.

All discovery must be commenced in time to be completed by January 31, 2008. Maximum of 30 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for production by each party to any other party. Responses due 30 days after service

Maximum of 5 depositions by each party. No deposition shall exceed 7

918347.1

hours unless extended by agreement of the parties.

Reports from retained experts, if any, under Rule 26(a)(2) are due:

From Plaintiff by: November 15, 2007.

From Defendant by: December 14, 2007.

Supplementations under Rule 26(e) are due as soon as practicable but no later than 30 days prior to the discovery deadline.

4. **Other items.**

   a. The parties do not request a conference with the court before entry of the scheduling order.

   b. The parties request a pretrial conference in June 2008.

   c. Plaintiff should be allowed until October 23, 2007 to join additional parties and amend the pleadings.

   Defendant should be allowed until November 21, 2007 to add additional parties and amend the pleadings.

   d. All potentially dispositive motions should be filed by February 29, 2008.

   e. Settlement cannot be evaluated at least until the parties have exchanged their initial disclosures. The usefulness of Alternative Dispute Resolution Procedures cannot be evaluated at this time but may be useful at a later date.

   f. Final lists of witnesses and exhibits under Rule 26(a)(3) shall be due 30 days before trial.

   g. Parties should have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

918347.1

      h.      The case should be ready for trial by July 2008. At this time, the parties expect the trial to take approximately 1-2 days.

Dated:     July 16, 2007

By:     s/Angela J. Hill
      Angela J. Hill
      139 S. Broadnax Street
      Dadeville, AL 36853
      **Counsel for Plaintiff**

By:     s/Christopher L. Yeilding
      Steven F. Casey
      Christopher L. Yeilding
      BALCH & BINGHAM, LLP
      1710 Sixth Avenue North
      Birmingham, Alabama 35203
      **Counsel for Defendant**

918347.1