**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**(EASTERN DIVISION)**

| | |
|---|---|
| **CAROL DAUGHERTY,** ) | |
| (an individual) ) | |
|     **Plaintiff,** ) | |
| ) | |
| **V.** ) | |
| ) | **CIVIL ACTION NO:** |
| **RELIANCE STANDARD LIFE** ) | **3:07-CV-00226-WKW-TFM** |
| **INSURANCE COMPANY,** ) | |
| (a corporation) ) | |
| **FICTITIOUS PARTIES A, B, & C** ) | |
|     **Defendants.** ) | |

**PLAINTIFF'S NOTICE CONCERNING SETTLEMENT**
**CONFERENCE AND MEDIATION**

    Pursuant to the Court's Scheduling Order, counsel for the parties met on Monday, March 24, 2008 to conduct a settlement conference. As a result of that conference, the parties have agreed to a settlement in principle and are working on a written settlement agreement. The Plaintiff will file a stipulation of dismissal after the parties finalize the settlement.

    Respectfully submitted the 26th day of March, 2008.

    /s/Angela J. Hill
    Angela J. Hill
    Attorney for the Plaintiff
    139 S. Broadnax St.
    Dadeville, AL 36853

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 26, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven F. Casey    scasey@balch.com

Christopher Lynch Yeilding    cyeilding@balch.com, chuff@balch.com

    /s/Angela J. Hill
    OF COUNSEL