IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAROL DAUGHERTY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RELIANCE STANDARD INSURANCE, )<br>)<br>Defendant. ) | Case No. 3:07-cv-0226-WKW |

## **ORDER**

It having come to the court's attention that the parties in this case have come to a resolution of this matter (Doc. # 20), it is ORDERED that the parties shall file a joint stipulation of dismissal **on or before April 18, 2008.**

DONE this 3rd day of April, 2008.

                                                         /s/ W. Keith Watkins
                                                        UNITED STATES DISTRICT JUDGE