IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
(EASTERN DIVISION)

| | |  | |
|---|---|---|---|
| CAROL DAUGHERTY, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| V. | ) | | |
| | ) | CIVIL ACTION NO: | |
| RELIANCE STANDARD LIFE | ) | 3:07-CV-00226-WKW-TFM | |
| INSURANCE COMPANY | ) | | |
| | ) | | |
| Defendant. | ) | | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1)(ii), Plaintiff, Carol Daugherty, and Defendant, Reliance Standard Life Insurance Company, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/her own costs and fees. The parties request that the Clerk of Court now close this case.


/s/ Chris Yeilding                                                           /s/Angela Hill
Chris Yeilding                                                                Angela Hill
Attorney for Defendant                                                Attorney for Plaintiff
Balch & Bingham                                                          139 S. Broadnax St.
1901 Sixth Avenue North, Suite 1500                       Dadeville, AL 36853
Birmingham, AL 35203-4642