IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CAROL DAUGHERTY, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>RELIANCE STANDARD LIFE )<br>INSURANCE COMPANY, )<br>)<br>   Defendant. ) | Case No. 3:07-cv-0226-WKW |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. # 22), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED WITH PREJUDICE.

An appropriate judgment will be entered.

DONE this 21st day of April, 2008.

                                           /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE